UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| GABRIEL MEDINA, | ) | CASE NO. CV 06-4275 GW (FFM) |
| Petitioner, | ) ) | |
| v. | ) ) | JUDGMENT |
| KEN CLARK, Warden, et. al., | ) ) | |
| Respondents. | ) ) | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: August 4, 2011

_____
GEORGE H. WU
United States District Judge